# First District Court of Appeal
## State of Florida

_____

No. 1D18-1850
_____

FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FNMA"),

Appellant,

v.

CITY OF JACKSONVILLE, CHARLES
E. DIXON, III, BARRY E. DIXON
and OLIVER L. DIXON,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
John I. Guy, Judge.

June 21, 2018

PER CURIAM.

DISMISSED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Reese J. Henderson, Jr., and Lee S. Haramis of GrayRobinson, P.A., Jacksonville, for Appellant.

No appearance for Appellees.